No. 82–1392.   STRAIN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–5821.   AMES v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 82–5876.   BOYLES v. ALASKA.   Sup. Ct. Alaska. Certiorari denied.

No. 82–5882.   GOMEZ-GOMEZ v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 11th Cir.   Certiorari denied.

No. 82–5890.   PAYNE v. MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 82–5895.   MORRIS v. MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 82–5921.   RUIZ ET AL. v. ESTELLE ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 82–5939.   BALLESTEROS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6020.   LAGRANGE v. TEXAS.   Ct. App. Tex., 13th Sup. Jud. Dist.   Certiorari denied.

No. 82–6055.   HENDERSON v. RAINES.   C. A. 9th Cir. Certiorari denied.

No. 82–6062.   FORNASH v. MARSHALL.   C. A. 6th Cir. Certiorari denied.

No. 82–6064.   POOL v. WYRICK, WARDEN, MISSOURI STATE PENITENTIARY.   C. A. 8th Cir.   Certiorari denied.

No. 82–6067.   HAMMER v. MEACHUM, DIRECTOR OF OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 10th Cir.   Certiorari denied.